IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY WAHL, | : | |
|     Petitioner | : | No. 1:21-cv-325 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| WARDEN OF SCI MAHANOY, et al., | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, on this 30th day of April, 2021, upon consideration of pro se Petitioner Jeffrey Wahl's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), the order to show cause why the petition should not be transferred (Doc. No. 5), and Petitioner's response thereto (Doc. No. 6), **IT IS ORDERED THAT** the Clerk of Court is directed to **TRANSFER** the petition for writ of habeas corpus (Doc. No. 1) to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

                                                          s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                           Middle District of Pennsylvania